IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER MORRIS, RALPH MORRIS, ) <br> and RONALD LEE MORRIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, ) <br> TENNESSEE, YANNICK DESLAURIERS, ) <br> Officer, and OTHER UNKNOWN ) <br> METROPOLITAN POLICE OFFICERS, in their ) <br> individual capacities, ) <br> ) <br> Defendants. ) | Civil No. 3:09-0289 <br> Judge Trauger <br> Magistrate Judge Knowles |

**O R D E R**

On November 24, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 18th day of December 2009.

_____
ALETA A. TRAUGER
U.S. District Judge